**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00812-CMA-KMT

VIRTELA TECHNOLOGY SERVICES INCORPORATED,

      Plaintiff,

v.

HITACHI GLOBAL STORAGE TECHNOLOGIES, INC.,

      Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

      Pursuant to Joint Motion To Dismiss All Claims and Counterclaims, With

Prejudice (Doc. # 28), signed by the attorneys for the parties hereto, it is

      ORDERED that this case and all claims and counterclaims asserted in this

matter are DISMISSED WITH PREJUDICE, each party to pay its own costs and

attorney fees.

      DATED:  December   26  , 2012

                                    BY THE COURT:

                                      _____

                                      CHRISTINE M. ARGUELLO
                                      United States District Court Judge